CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
**WILLIAMSPORT**

JAN 17 2023

PER___EH___
DEPUTY CLERK

JJP-0416 :

Davie James Kimmel :

**Full Name of Plaintiff    Inmate Number**    :

:

Civil No. _____
(to be filled in by the Clerk's Office)

v.    :

:

LeBanon county CYS    :    (✓) Demand for Jury Trial

**Name of Defendant 1**    :    (___) No Jury Trial Demand

:

marjry olrich    :

**Name of Defendant 2**    :

:

erin moyer    :

**Name of Defendant 3**    :

:

Judge Jones    :

**Name of Defendant 4**    :

:

BarB mcmullen    :

**Name of Defendant 5**    :

(Print the names of all defendants.  If the names of all    :

defendants do not fit in this space, you may attach    :

additional pages. Do not include addresses in this    :

section).    :

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

John McMullen
Defendants

**II.    ADDRESSES AND INFORMATION**

**A.    PLAINTIFF**

Kimmel Davie J
Name (Last, First, MI)

JJP-0416
Inmate Number

LCcF   LeBanon County Jail
Place of Confinement

730 E walnut St
Address

LeBanon, PA 17042
City, County, State, Zip Code


Indicate whether you are a prisoner or other confined person as follows:

____    Pretrial detainee

____    Civilly committed detainee

____    Immigration detainee

_✓_    Convicted and sentenced state prisoner

____    Convicted and sentenced federal prisoner


**B.    DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.    If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

LeBanon County CYS
Name (Last, First)

Children's Protective services
Current Job Title

400 south 8th St
Current Work Address

LeBanon, PA 17042
City, County, State, Zip Code

Defendant 2:

Olrich margry

Name (Last, First)

CYS Case worker

Current Job Title

400 South 8th St

Current Work Address

LeBanon, PA 17044

City, County, State, Zip Code

Defendant 3:

erin moyer

Name (Last, First)

CYS Supervisor

Current Job Title

400 South 8th St

Current Work Address

LeBanon, PA 17042

City, County, State, Zip Code

Defendant 4:

JuDge Jones

Name (Last, First)

Family services JuDge

Current Job Title

400 South 8th St

Current Work Address

LeBanon, PA 17042

City, County, State, Zip Code

Defendant 5:

BarB mcmullen

Name (Last, First)

foster Parent

Current Job Title

41 GreBle rD

Current Work Address

myerstown, PA 17067

City, County, State, Zip Code

addresss and information

John mcmullen
DeFenDant 6
Foster Parent
JOB title
41 Greble rD myerstown, PA 17067
current aDDress

## III.    STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

LeBanon, County courtHouse and my kiD's moms house/ 425 arwolD st LeBanon, PA 17046.

B.    On what date did the events giving rise to your claim(s) occur?

Forget exact Dates.

C.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

CYS took my 3 kiD's, at time of entry of home CYS DiD not have a warrant to enter home, CYS case worker's lieD on stand while under oath (whitch is Perjury) JuDge Jones aloud CYS workers to get away with this.

CYS aDopteD out my childrew with out contacting any of my family or giving me a chawce to fight for my kiDs, CYS DiD not Provide me with services to get my kiDs Back.

## IV.   LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

1. CYS got away with commiting perjury

2. CYS did not have a warrent at time of entry of home to take my kids from my kid's moms home.

3. Judge Jones allowing CYS workers to commit perjury.

## V.   INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

1. my kid's taken unlawfully, 2. my kid's adopted out, 3. my rights stripped

## VI.   RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I want my kid's adoptions revoked, I want my kid's to go to my family until I'm out of jail and stable, I want some money relief as well so I can start a collage fund for my kid's.

Page 5 of 6

iNJURY CONtin,

4. emotional Distress

5. DePression

6. Problems in my marriage

7. CauseD me to be mentally
screweD uP more than normal

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff

1-9-23

Date

Davie Kimmel
730 E Walnut St
LeBanon, PA 17042

(LeBanon CYS
Law suite)

This address is a County Prison.
Sender is an inmate. County is
not responsible for debts "incurred."

This address is a County Prison
Sender is an inmate. County is
not responsible for debts "incurred"

Peter J. Welsh

United States District Court

240 West 3rd St Suite 218

Williamsport, PA 17701

RECEIVED
WILLIAMSPORT

JAN 17 2023

PER_____
DEPUTY CLERK

This address is a County Prison.
Sender is an inmate. County is
not responsible for debts "incurred."

This address is a County
Sender is an inmate. C
not responsible for debts "incurred"